SMITH et al. v. KRAUSE et al. (Circuit Court of Appeals. Second Circuit. January 12, 1909.) No. 111. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 160 Fed. 270. T. F. Bourne (Seymour, Seymour & Megrath and John S. Seymour, of counsel), for appellants. Louis C. Raegener and S. L. Moody, for appellees. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Decree affirmed, on the opinion of Judge Holt.

---

SOLT v. CANNEY. (Circuit Court of Appeals, First Circuit. September 4, 1908.) No. 758. For former opinion, see 162 Fed. 660.

PER CURIAM. The court having fully considered the petition for rehearing filed by the plaintiff, plaintiff in error, on July 17, 1908, and no judge who concurred in the judgment entered on June 18, 1908, desiring that the case be reargued, it is ordered that the petition for rehearing, filed on July 17, 1908, be and the same is hereby denied, and mandate may issue forthwith.

---

TEDFORD v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 13, 1908.) No. 2,738. In Error to the United States Court of Appeals in the Indian Territory. Harley & Lewis, for plaintiff in error. William J. Gregg, U. S. Atty.

PER CURIAM. Dismissed, pursuant to rule 23 (150 Fed. xxxii, 79 C. C. A. xxxii), without costs to either party in this court, on motion of defendant in error. See 104 S. W. 608.

---

TREAT v. TAYLOR et al. (Circuit Court of Appeals, Second Circuit. April 14, 1908.) No. 181. In Error to the Circuit Court of the United States for the Southern District of New York. For decision below, see 153 Fed. 656. Winfred T. Denison, Asst. U. S. Atty., for plaintiff in error. Comstock & Washburn (Albert H. Washburn, of counsel), for defendants in error. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Judgment affirmed, on the opinion below.

---

UNITED STATES v. A. GRAF DISTILLING CO. (Circuit Court of Appeals, Eighth Circuit. May 12, 1908.) No. 2,233. In Error to the District Court of the United States for the Eastern District of Missouri. David P. Dyer, U. S. Atty. Warwick M. Hough, for defendant in error.

PER CURIAM. Affirmed, without costs to either party in this court, on authority of mandate in response to questions certified to the Supreme Court of the United States in this cause. 208 U. S. 198, 28 Sup. Ct. 264, 52 L. Ed. 452.

---

UNITED STATES v. BOND. (Circuit Court of Appeals, Fifth Circuit. December 15, 1908.) No. 1,810. In Error to the Circuit Court of the United States for the Southern District of Texas. Lock McDaniel, for plaintiff in error. Edward F. Harris, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This case could have been brought here on proper certificate for review by an appeal only, but no appeal was either asked for or granted. The motion to dismiss is granted, and the case is dismissed. See 161 Fed. 165.